# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

*MEMO ENDORSED*

> According to chambers' calendar, the Case Mgmt Conf. on March 20, 2020 was already cancelled as discovery deadlines were extended and dispositive motion schedule is in place. The Case Mgmt Conf. is rescheduled to Nov. 20, 2020 at 11:00am. Clerk of the Court requested to terminate the motion (doc. 101).
>
> Dated: March 18, 2020
>
> SO ORDERED:
>
> /s/ HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

March 18, 2020

**Via Fax & ECF**

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, New York 10601
Fax: (914) 390-4179

Re:   *Days v. County of Westchester, et al.*, 18-CV-11538 (NSR)

Judge Roman,

We, along with Glenn A. Garber, P.C., represent Plaintiff Selwyn Days in this wrongful conviction action and submit this letter to request an adjournment of the conference scheduled for March 20, 2020 at 10 a.m.

This conference date was originally scheduled based on the original discovery schedule, to discuss the case after the end of discovery. Given that the schedule has been extended by Magistrate Judge Lisa Smith, based on extensive conversations and several in-person conferences regarding the progress of discovery, we believe that this conference should be adjourned until after discovery is completed in November. Defendants also request an adjournment because there are two motions to dismiss, one pending and one still being briefed. Plaintiffs note that the Defendants' motion for a stay based on these motions was denied. All parties consent to and join in this letter, and it is the first request for this extension.

Respectfully,

/s/

Rob Rickner

cc:

All Parties of Record
Via ECF and Email

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2020