# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

October 29, 2020

> Application granted.  The discovery deadlines are extended as set forth in this letter -- fact discovery to be completed by 2/1/21, and expert discovery to be completed by 5/20/21.  As previously noted, the parties should not automatically expect further extensions to be granted.
> Dated: October 30, 2020
>
> SO ORDERED.
>
> *[signature]*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

Hon. Andrew E. Krause
U.S. Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Days v. County of Westchester, et. al.,*
      Dkt. No. 18-cv-11538(NSR)(AEK)

Dear Judge Krause:

I represent Plaintiff Selwyn Days along with Rickner, PLLC. We write jointly with all parties in furtherance of your order issued on October 27, 2020 (DE 132). The order was prompted by a joint request for a 90-day extension of discovery deadlines (DE 131). It directs the parties to advise about remaining discovery deadlines and to propose revised dates for all deadlines, including the completion of all discovery.

The following chart explains the remaining and proposed revised deadlines.

|  | Remaining Deadlines | Proposed Deadlines |
|---|---|---|
| Fact Discovery/Depositions | 11/3/20 | 2/1/21 |
| Defendant to Identify Experts | 11/3/20 | 2/1/21 |
| Plaintiff's Indep. Psych Exam | 11/30/20 | 3/1/21 |
| Expert Reports | 12/22/20 | 3/22/21 |
| Expert Discovery/Depositions | 2/1/21 | 5/3/21 |
| Supplemental Expert Reports | 2/19/21 | 5/20/21 |
| Motion to Quash Dep./Subpoenas | 10/30/20 | Same |
| Response to Motion to Quash | 11/6/20 | Same |

In sum, under the proposal fact discovery would be completed by February 1, 2021 and expert discovery would be completed by May 20, 2021.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Glenn A. Garber

cc:   All counsel by ECF