UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Days,

                        Plaintiff,                **ORDER**

       -against-                  18 Civ. 11538 (NSR)(AEK)

Eastchester Police Department, et al.,

                       Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As discussed during the November 18, 2020 status conference, based on information the Court has received from medical professionals regarding non-party witness Cherlyn Mayhew, the Court finds, pursuant to Rule 32(a)(4)(C) of the Federal Rules of Civil Procedure, that Ms. Mayhew cannot attend or testify at a deposition due to illness and infirmity.

      The Court will take under advisement Plaintiff's request for the release of more detailed medical information pursuant to a protective order, and will address this issue at a future conference or via a future order.

Dated: November 18, 2020
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge