**MEMO ENDORSED**



**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

May 19, 2021

<u>VIA ECF</u>

Hon. Nelson S. Romàn, U.S. District Judge
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: *Selwyn Days v. Eastchester Police Department et al.*, 18-cv-11538 (NSR)(AEK)
<u>Request to Adjourn Status Conference</u>

Dear Judge Romàn:

The above-captioned case is currently scheduled for a status conference with you on May 28, 2021 at 10 am (*see* ECF Doc. No. 141). As discovery before Magistrate Judge Krause is not yet complete, and in light of the parties' imminent joint request for a mediation session with Judge Krause, I respectfully request, on behalf of all parties, that this status conference be adjourned.

Thank you for your consideration.

        Sincerely,

        /s/ *David H. Chen*
        David H. Chen, Esq.
        Deputy County Attorney
        *Counsel for Westchester Defendants*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

Due to remaining open discovery issues and a possible mediation session, the parties' request to adjourn the Status teleconf. from May 28, 2021 until July 13, 2021 at 10:00 am is granted. Counsel shall follow the dial-in instructions contained in the Nov. 19, 2020 Order (ECF No. 141). Clerk of Court requested to terminate the motion (ECF No. 167).
Dated: May 24, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE