**MEMO ENDORSED**



George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

> The parties' joint request to adjourn the telephonic Status Conf. from July 13, 2021 until Sept. 21, 2021 at 10:00 am is granted. Counsel shall follow the dial-in instructions contained in the Nov. 19, 2020 Order (ECF No. 141). Counsel are directed to contact the Court in the event a settlement is reached or, alternatively, in the event settlement is not reached and an adjournment is necessary to complete expert discovery. Clerk of Court requested to terminate the motion (ECF No. 183).
> Dated: July 7, 2021
>
> SO ORDERED:
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

July 7, 2021

<u>VIA ECF</u>
Hon. Nelson S. Romàn, U.S. District Judge
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re:   *Selwyn Days v. Eastchester Police Department, et al.*, 18-cv-11538 (NSR)(AEK)
       <u>Request to Adjourn Status Conference</u>

Dear Judge Romàn:

I am an attorney in the office of John M. Nonna, Westchester County Attorney, counsel for defendants County of Westchester and Christopher Calabrese in the above-referenced action. I write, on behalf of all parties and pursuant to Your Honor's Individual Rules of Practice, to respectfully request an adjournment of the telephonic status conference scheduled for Tuesday, July 13, 2021, at 10:00 a.m. (*See* ECF No. 169.)

The parties jointly request this adjournment because we have a settlement conference before Magistrate Judge Krause on July 14, 2021, which may provide a potential resolution to this matter. In addition, expert discovery has yet to be conducted in the event that a settlement is not reached. (*See* June 3, 2021 Minute Entry.)

This is the parties' second request for an adjournment of the status conference following the Court's November 19, 2020, Rescheduling Order related to the Coronavirus pandemic. (*See* ECF Nos. 141, 167.)

Thank you for your consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

Sincerely,

/s/ *Shawna C. MacLeod*
Shawna C. MacLeod
Senior Assistant County Attorney
*Counsel for Westchester Defendants*



Michaelian Office Building, Suite 600
148 Martine Avenue
White Plains, New York 10601        Telephone: (914) 995-3616        dhca@westchestergov.com