**MEMO ENDORSED**



**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

December 10, 2021

<u>VIA ECF</u>

Hon. Nelson S. Romàn, U.S. District Judge
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re:   *Selwyn Days v. Eastchester Police Department et al.*, 18-cv-11538 (NSR)(AEK)

     <u>Letter Request to Adjourn Status Conference</u>

Dear Judge Romàn:

     The above-captioned case is currently scheduled for a telephonic status conference with your Honor on December 15, 2021 at 10:00 am (*see* ECF No. 191). As settlement discussions remain ongoing (*see* ECF Minute Entries dated 11/23/21 and 12/07/21), the parties jointly request that this status conference be adjourned.

     Please note that Magistrate Judge Krause is holding the Westchester Defendants' motion for leave to amend their answer (*see* ECF Nos. 190, 191, 192) in abeyance pending the outcome of these settlement discussions.

     Thank you for your consideration.

> The parties' joint request to adjourn the telephonic Status Conf. from Dec. 15, 2021 until Feb. 15, 2022 at 10:45 am is GRANTED. Dial-in instructions may be found on the docket at ECF No. 141. Clerk of Court is respectfully requested to terminate the motion (ECF No. 196).
> Dated:  White Plains, NY
>          Dec. 10, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Respectfully,

/s/ *David H. Chen*

David H. Chen, Esq.
Deputy County Attorney
*Counsel for Westchester Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2021

Michaelian Office Building, Suite 600
148 Martine Avenue
White Plains, New York 10601    Telephone:  (914) 995-3616    dhca@westchestergov.com

