

**MEMO ENDORSED**

John M. Nonna
Westchester County Attorney

February 14, 2022

**VIA ECF**

Hon. Nelson S. Romàn, U.S. District Judge
Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Selwyn Days v. Eastchester Police Department et al.*, 18-cv-11538 (NSR)(AEK)

Dear Judge Romàn:

I am writing to request, on behalf of all parties, an adjournment of the status conference before Your Honor scheduled for tomorrow, February 15, 2022 @ 10:45. (Dckt. Entry 197).

The reason for this request is the parties' so-ordered stipulation (Dckt. Entry 210), which sets forth, *inter alia*, a briefing schedule for the Westchester Defendants' filing of their third-party complaint and motion practice relating thereto. This briefing schedule provides that the motion(s) will be fully briefed by April 29, 2022.

Thank you for your consideration.

Sincerely,

/s/ *David H. Chen*
David H. Chen, Esq.
Deputy County Attorney
*Counsel for Westchester Defendants*

cc:  All parties (via ECF)

> Due to motion practice and an extension of the discovery deadlines, the parties' joint request to adjourn the telephonic Status Conf. from Feb. 15, 2022 until June 29, 2022 at 10:00 am is GRANTED. Dial-in instructions may be found on the docket at ECF No. 141. Clerk of Court is respectfully requested to terminate the motion (ECF No. 211).
> Dated: White Plains, NY
>          Feb. 14, 2022
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022

Office of the Westchester County Attorney
148 Martine Avenue, Suite 600
White Plains, New York 10601          Telephone: (914) 995-3616          dhca@westchestergov.com

