UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
DAYS,

                       Plaintiff(s),       **ADJOURNMENT ORDER**

- against -

                                                         18 Civ. 11538 (NSR)

COUNTY OF WESTCHESTER, et al.,

                       Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a Status teleconference on June 29, 2022 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of the parties' motions.

                                                       SO ORDERED.

Dated:    White Plains, New York
              June 24, 2022

                                                      Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2022