**MEMO ENDORSED**



**George Latimer**
**County Executive**

**John M. Nonna**
**County Attorney**

June 7, 2024

**VIA ECF**
Hon. Nelson S. Román
U.S. District Judge, S.D.N.Y.
Brieant Federal Courthouse, Courtroom 218
300 Quarropas Street
White Plains, New York 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/11/2024

**Defendants' request is GRANTED. Defendants moving papers shall be served not filed June 26, 2024; Plaintiffs opposition papers shall be served not filed July 26, 2024; and Defendants reply papers shall be served August 12, 2024. The parties are directed to file all motion documents on the reply date, August 12, 2024 and to provide two (2) paper copies of their respective motion documents to chambers (as well as one electronic version emailed to the Court) on the dates the documents are served upon their adversary.**
**Dated: June 11, 2024**
**White Plains, NY**

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   *Selwyn Days v. County of Westchester, et al.*, 18-cv-11538 (NSR) (AEK)

Dear Judge Román:

The County of Westchester and Christopher Calabrese (hereinafter, "Westchester") write, pursuant to Your Honor's Individual Rules of Practice, to respectfully request a 14-day extension of time, from June 12, 2024, until June 26, 2024, for Westchester to serve its motion for summary judgment. This is the first such request for an extension of time. Plaintiff consents to this request.

Westchester requests this extension due to the large record in this matter, and the complex issues presented. If this request is granted, then two other deadlines would be affected by the extension: Plaintiff's opposition brief, currently due on July 12, 2024, would instead be served on or before July 26, 2024; and Westchester's reply, currently due July 29, 2024, would be served on or before August 12, 2024, with all motion papers filed with the Court on ECF on August 12, 2024.

Accordingly, Westchester respectfully requests that the time to serve its motion for summary judgment be extended from June 12, 2024, to June 26, 2024.

I thank the Court for its consideration of this request.

Respectfully submitted,

*Shawna C. MacLeod*
Shawna C. MacLeod
Senior Assistant County Attorney

cc: All counsel of record (via ECF)

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601          Telephone: (914) 995-4194          scma@westchestercountyny.gov