

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/3/2025__

**Kenneth W. Jenkins**
County Executive

**Office of the County Attorney**

**John M. Nonna**
County Attorney

MEMO ENDORSED

September 2, 2025

Hon. Nelson S. Román
U.S. District Judge
Brieant Federal Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**In light of the settlement conference and motion practice before Judge Krause, Defendants' request for an adjournment *sine die* of the pretrial conference currently scheduled for September 4, 2025 is GRANTED. The parties are directed to update the Court, in writing, of the status of the matter within one week of the completion of discovery. Clerk of Court is requested to terminate the motion at ECF No. 323.**

**Dated: September 3, 2025**
**White Plains, New York**

SO ORDERED:
[signature]
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   *Selwyn Days v. Westchester County, et al.*, 18-cv-11538 (NSR)(AEK)

Dear Judge Román:

Defendants County of Westchester and Christopher Calabrese, with consent from Plaintiff Selwyn Days, write to provide Your Honor with an update regarding discovery in this case, and to respectfully request an adjournment *sine die* of the pretrial conference currently scheduled for Thursday, September 4, 2025, at 12:15 p.m.

By way of background, on July 9, 2025, the Court issued its Opinion and Order, granting in part and denying in part Defendants' motion for summary judgment, and setting a pretrial conference for September 4 at 12:15 p.m. (ECF No. 317.) Thereafter, on July 11, Magistrate Judge Krause ordered the parties to submit a joint status report as to outstanding discovery and the parties' potential interest in a settlement conference. (ECF No. 318.) Following the parties' joint submission (ECF No. 320), on July 28, Magistrate Judge Krause ordered that the parties appear for an in-person status conference on August 8. (ECF No. 321.) As a result of the August 8 conference, Magistrate Judge Krause issued an order (1) scheduling a settlement conference for September 26, 2025, and (2) setting forth an October 2025 briefing schedule for Plaintiff's anticipated motion to reopen fact discovery. As discussed during the August 8 conference, outstanding expert discovery will be conducted following the outcome of Plaintiff's motion to reopen (and after any subsequent fact discovery, if taken).

In light of the above, Defendants respectfully request, with Plaintiff's consent, that the September 4 pretrial conference before Your Honor be adjourned *sine die*, if amenable to the Court. If the pretrial conference is adjourned, Defendants propose that the parties update the Court, by letter, as to the status of the matter at the conclusion of discovery, and that the pretrial conference be postponed until after that date.

We thank the Court for its consideration of this request.

**Michaelian Office Building**
**148 Martine Avenue**
**White Plains, New York 10601**          Telephone: (914) 995-2600          Website:
   westchestercountyny.gov

        Respectfully submitted,

        *Shawna C. MacLeod*
        Shawna C. MacLeod
        Associate County Attorney
        148 Martine Ave., Suite 600
        White Plains, NY 10601
        scma@westchestercountyny.gov
        (914) 995-4194
        *Counsel for Defendants*